**CLOSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No. 05-582 (FSH) |
| v. | : | **ORDER** |
| KATHLEEN T. DE GRAAFF, | : | February 6, 2008 |
| Defendant. | : | |

This matter having come before the Court upon Defendant's appeal of her conviction on charges of assault and disorderly conduct; and it appearing that this appeal was the subject of a proceeding before United States District Judge William J. Martini, see <u>United States of America v. De Graaff</u>, Criminal Action No. 05-829(WJM); and it further appearing this matter has been fully adjudicated before Judge Martini; and the Court finding that the instant action is therefore duplicative,

IT IS on this 6th day of February, 2008,

**ORDERED** that this case is **CLOSED**.

**/s/ Faith S. Hochberg**
Honorable Faith S. Hochberg, U.S.D.J.